**Opinion issued December 15, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00242-CV

———————————

**CITY OF PASADENA, Appellant**

**V.**

**AZAEL SEPULVEDA, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-80180**

---

## MEMORANDUM OPINION

Appellant City of Pasadena failed to timely file a brief. Appellant's brief was originally due on September 8, 2022. On September 19, 2022, the Court issued a notice that we might dismiss the appeal if appellant did not file a brief or motion for extension on or before September 29, 2022. Appellant did not file a timely brief or

request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.